FORM B6 (6/90) West Group, Rochester, NY

**FILED**

OCT 3 1 2005

GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY:_____ DEPUTY

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re **DAVID VICTORY**

Case No. **05-27446-BH**
Chapter  7

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 91,500.00 | | |
| B-Personal Property | Yes | 3 | $ 16,900.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 15,000.00 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 34 | | $ 983,321.48 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 1,310.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 2,525.00 |
| Total Number of Sheets in All Schedules ► | | 45 | | | |
| Total Assets ► | | | $ 108,400.00 | | |
| Total Liabilities ► | | | | $ 998,321.48 | |



FORM B6A (6/90) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor    Case No. _05-27446-BH_ _____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled " Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _1/2 UNDIVIDED INTEREST IN HOMESTEAD-- 1801 COOPER'S CT. EDMOND, OK 73003._ | _Fee Simple_ | | $ 91,500.00 | $ 0.00 |

No continuation sheets attached

<b>TOTAL $</b>    <b>91,500.00</b><br>(Report also on Summary of Schedules.)

FORM B6B (10/89) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor   Case No. _05-27446-BH_

(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases. If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCT. JOINT ACCT. CHASE (negative $ 400). Location: In debtor's possession | | $ 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | HOUSEHOLD GOODS & FURNISHINGS Location: In debtor's possession | | $ 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | BOOKS, PICTURES COLLECTIONS ETC. Location: In debtor's possession | | $ 1,000.00 |
| 6. Wearing apparel. | | WEARING APPAREL Location: In debtor's possession | | $ 2,500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | GUNS--1 GUN. Location: In debtor's possession | | $ 200.00 |
| | | LAPTOP COMPUTER Location: In debtor's possession | | $ 200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Page _1_ of _3_

FORM B6B (10/89) West Group, Rochester, NY

In re *DAVID VICTORY* _____ / Debtor    Case No. *05-27446-BH* _____

(if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | | |
| 15. Accounts Receivable. | X | | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | *2002 LEXUS* *Location: In debtor's possession* | | | $ 10,000.00 |
| 24. Boats, motors, and accessories. | X | | | | |
| 25. Aircraft and accessories. | X | | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | | |
| 28. Inventory. | X | | | | |

Page  2  of  3

FORM B6B (10/89) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor    Case No. _05-27446-BH_
                                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | _SEE ATTACHED EXHIBIT_ _Location: In debtor's possession_ | | $ 0.00 |
| | | | Total → | $ 16,900.00 |

Page _3_ of _3_

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

FORM B6C (6/90) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor    Case No. _05-27446-BH_

(if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| HOMESTEAD | Okla. Stat. Ann. Tit. 31 2 | $ 91,500.00 | $ 91,500.00 |
| HOUSEHOLD GOODS & FURNISHINGS | Okla. Stat. Ann. Tit. 31 1 A3 | $ 3,000.00 | $ 3,000.00 |
| BOOKS, PICTURES COLLECTIONS ETC. | Okla. Stat. Ann. Tit. 31 1 A3 | $ 1,000.00 | $ 1,000.00 |
| WEARING APPAREL | Okla. Stat. Ann. Tit. 31 §1 A8 | $ 2,500.00 | $ 2,500.00 |
| GUNS | Okla. Stat. Ann. Tit. 31 §1 A14 | $ 200.00 | $ 200.00 |
| LAPTOP COMPUTER | Okla. Stat. Ann. Tit. 31 1 A3 | $ 200.00 | $ 200.00 |

FORM B6D (12/03) West Group, Rochester, NY

In re *DAVID VICTORY* _____ / Debtor     Case No. *05-27446-BH* _____

(if known)

## SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H—Husband<br>W—Wife<br>J—Joint<br>C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 1* <br> *LEXUS FINANCIAL SERVICES* <br> *P.O. BOX 650686* <br> *DALLAS TX 75265-686* | | *2002* <br> *Statutory Lien* <br> *2002 LEXUS* <br><br> Value: *$ 10,000.00* | | | | $ 15,000.00 | $ 5,000.00 |
| Account No: | | <br><br> Value: | | | | | |
| Account No: | | <br><br> Value: | | | | | |
| Account No: | | <br><br> Value: | | | | | |

No continuation sheets attached

Subtotal $ | 15,000.00
(Total of this page)
Total $ | 15,000.00
(Use only on last page. Report total also on Summary of Schedules)

FORM B6E (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor     Case No. _05-27446-BH_ _____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled " Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

FORM B6F (12/03) West Group, Rochester, NY

In re **DAVID VICTORY** _____ / Debtor    Case No. **05-27446-BH** _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** <br> **Creditor # : 1** <br> **ABC GROWERS** <br> **8202 N.W. 70th STREET** <br> **MIAMI FL 33166** | | *2002* | | | | **$ 295.57** |
| **Account No:    496** <br> **Creditor # : 2** <br> **ACVARIO FLOWERS** <br> **7370 NW 36 STREET STE130** <br> **MIAMI FL 33166** | | *2002* <br> GOODS | | | | **$ 414.00** |
| **Account No:    0809** <br> **Creditor # : 3** <br> **ADAMS ATHLETIC CLUB** <br> **14701 N. KELLY** <br> **EDMOND OK 73013** | | *2002* <br> SERVICES | | | | **$ 227.35** |
| **Account No:** <br> **Creditor # : 4** <br> **AFT/A FLASH TRUCKING, INC.** <br> **P.O. BOX 18007** <br> **SAN JOSE CA 95158-807** | | *2002* <br> SERVICES | | | | **$ 36.00** |

___ **33** continuation sheets attached

**Subtotal $** (Total of this page)    | **972.92**

**Total $** (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_____ / Debtor          Case No. _05-27446-BH_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | c o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 5** *ALTERNATE CHOICE* *800 N.W. 4th* *OKLAHOMA CITY OK 73106* | | *2002* | | | | $ 494.27 |
| Account No: **Creditor # : 6** *AMC FLORAL INTERNATIONAL* *P.O. BOX 92170* *ELK GROVE ILL 60007* | | *2002* *GOODS* | | | | $ 685.41 |
| Account No: 0466 **Creditor # : 7** *ARISTA FLORAL CORP.* *P.O. BOX 523067* *MIAMI FL 33152* | | *2002* *FLOWERS* | | | | $ 9,109.38 |
| Account No: 1825 **Creditor # : 8** *ARMELLINI EXPRESS LINES, INC.* *P.O. BOX 678* *PALM CITY FL 34991-0678* | | *2002* *SERVICES* | | | | $ 4,645.72 |
| Account No: NOKL **Creditor # : 9** *B & H FLOWRS, INC.* *P.O. BOX 250* *CARPINTRIA CA 93014* | | *2002* *GOODS* | | | | $ 4,872.55 |
| Account No: **Creditor # : 10** *BANK OF AMERICA* *P.O. BOX 65060* *DALLAS TX 75265* | | *2004* *JUDGMENT* | | | | $ 28,000.00 |

Sheet No. _1_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     47,807.33
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor     Case No. _05-27446-BH_ _____

(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: -002<br>Creditor # : 11<br>BANK OF OKLAHOMA<br>P.O. BOX 268800<br>OKLAHOMA CITY OK 73126-8800 | | 2002<br>NOTE | | | | $ 121,491.32 |
| Account No: =001<br>Creditor # : 12<br>BANK OF OKLAHOMA<br>P.O. BOX 268800<br>OKLAHOMA CITY OK 73126-8800 | | 2002<br>NOTE | | | | $ 200,000.00 |
| Account No: 0898<br>Creditor # : 13<br>BANK OF OKLAHOMA<br>P.O. BOX268800<br>OKLAHOMA CITY OK 73126-8800 | | 2002<br>NOTE | | | | $ 24,318.90 |
| Account No: 2813<br>Creditor # : 14<br>BANK OF OKLAHOMA<br>P.O. BOX 2864<br>TULSA OK 74101-2864 | | 2001/02<br>LINE OF CREDIT | | | | $ 4,957.60 |
| Account No: 0941<br>Creditor # : 15<br>BANK OF OKLAHOMA<br>INSURANCE SERVICE CENTER<br>P.O. BOX 26908<br>OKLAHOMA CITY OK 73126-0908 | | 2002<br>AUTO LOAN<br>1999 GMC (COLLATERAL) | | | | $ 3,939.00 |
| Account No: 0240<br>Creditor # : 16<br>BANK OF OKLAHOMA<br>P.O. BOX 268800<br>OKLAHOMA CITY OK 73126-8800 | | 2002<br>OVERDRAFT | | | | $ 12,095.22 |

Sheet No. _2_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     366,802.04
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re DAVID VICTORY _____ / Debtor    Case No. 05-27446-BH

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   0312<br>Creditor # : 17<br>BEAVER EXPRESS<br>P.O. BOX 1168<br>WOODWARD OK | | 2002<br>SERVICE | | | | $ 1,251.87 |
| Account No:<br>Creditor # : 18<br>BENDER FARMS<br>410 S. BECKWITH RD.<br>SANTA PAULA CA 93060 | | 2002<br>FLOWERS | | | | $ 3,163.60 |
| Account No:<br>Creditor # : 19<br>BEST BLOOMS<br>P.O. BOX 33115<br>SAN ANTONIO TX 78265-3115 | | 2002 | | | | $ 7,333.30 |
| Account No:<br>Creditor # : 20<br>BLOOM-RITE FLOWERS<br>570 SAN ANDREAS RD.<br>WATSONVILLE CA 95076 | | 2002 | | | | $ 2,344.25 |
| Account No:<br>Creditor # : 21<br>BLOOMSTAR<br>8800 N.W. 24th TERRACE<br>MIAMI FL 33172 | | 2002 | | | | $ 9,991.00 |
| Account No:<br>Creditor # : 22<br>BLUE RIBBON BLOSSOMS<br>P.O. BOX 523513<br>MIAMI FL 33152 | | 2002 | | | | $ 1,139.80 |

Sheet No.   3  of   33  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      25,223.82
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor     Case No. _05-27446-BH_

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State.<br>H--Husband W--Wife J--Joint C--Community | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 23**<br>**BOB HOWARD DOWNTOWN FORD**<br>**P.O. BOX 2400**<br>**OKLAHOMA CITY OK 73102** | | _2002_ | | | | $ 430.00 |
| Account No: **6264**<br>**Creditor # : 24**<br>**BRAND FLOWERS**<br>**C/O RANDY GRAYBILLE**<br>**5300 FOOTHILL RD.**<br>**CARPINTRIA CA 93013-3017** | | _2002_<br>**FLOWERS** | | | | $ 3,849.45 |
| Account No:<br>**Creditor # : 25**<br>**BRAND FLOWERS**<br>**1628 CRAVENS LANE**<br>**CARPINTERIA CA 93013** | | _2002_ | | | | $ 3,849.41 |
| Account No: **6479**<br>**Creditor # : 26**<br>**BRODY**<br>**FIRST FINANCIAL SERVICES**<br>**P.O. BOX 816**<br>**FRANKFORT ILL 60423** | | _2002_<br>**GOODS** | | | | $ 1,182.83 |
| Account No: **2227**<br>**Creditor # : 27**<br>**BRODY COMPANY**<br>**L-971**<br>**COLUMBUS OH 43260-0971** | | _2002_<br>**GOODS** | | | | $ 1,182.83 |
| Account No:<br>**Creditor # : 28**<br>**BRODY COMPANY**<br>**L-971**<br>**10521 MILLINGTON COURT**<br>**CINCINNATI OH 45242** | | _2002_ | | | | $ 2,109.12 |

Sheet No. **4** of **33** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $
(Total of this page)     12,603.64

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_____ / Debtor        Case No. _05-27446-BH_____

                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 29** <br> **BROTHERS FLORAL ASSOCIATES** <br> **P.O. BOX 1660** <br> **WATSONVILLE CA 95076** | | | *2002* | | | | $ 71.00 |
| Account No: <br> **Creditor # : 30** <br> **C & F FLOWER GROWERS** <br> **2316 CHANNEL DR. #D** <br> **VENTURA CA 93003** | | | *2002* <br> *FLOWERS* | | | | $ 773.50 |
| Account No: <br> **Creditor # : 31** <br> **CALMEX WHOLESALE GROWERS & SHP** <br> **1330 KEYSTONE WAY STE F** <br> **VISTA CA 92083** | | | *2002* <br> *FLOWERS* | | | | $ 805.00 |
| Account No: <br> **Creditor # : 32** <br> **CAMFLOR INC.** <br> **P.O. BOX 387** <br> **WATSONVILLE CA 95076** | | | *2002* | | | | $ 572.00 |
| Account No: 0236 <br> **Creditor # : 33** <br> **CARLSON SYSTEMS CORPORATION** <br> **8990 F STREET** <br> **OMAHA NE 68127** | | | *2002* | | | | $ 227.40 |
| Account No: <br> **Creditor # : 34** <br> **CENTRAL FREIGHT LINES, INC.** <br> **P.O. BOX 2638** <br> **927 E. RENO** <br> **OKLAHOMA CITY OK 73104** | | | *2002* | | | | $ 128.76 |

Sheet No. _5_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)          2,577.66

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor          Case No. _05-27446-BH_ ____

                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 2589<br>Creditor # : 35<br>CGI LONG DISTANCE SERVICES<br>P.O. BOX 87-3500<br>KANSAS CITY MO 64187-3500 | | 2002<br>SERVICES | | | | $ 526.13 |
| Account No: 4801<br>Creditor # : 36<br>CHASE AUTOMOTIVE FINANCE<br>P.O. BOX 15700<br>WILMINGTON DE 19886-5700 | | 2002<br>VEHICLE REPO/FINANCE | | | | $ 10,591.92 |
| Account No: 3605<br>Creditor # : 37<br>CHASE BANK<br>P.O. BOX 26180<br>BATON ROUGE LA 70826-0180 | | OVERDRAFT | X | | | $ 400.00 |
| Account No: 3854<br>Creditor # : 38<br>CHASE GOLD VISA<br>P.O. BOX 52195<br>PHOENIX AZ 85072-2195 | | 2001/02<br>GOODS | | | | $ 11,081.55 |
| Account No: 6793<br>Creditor # : 39<br>CHOICE VISA<br>P.O. BOX 6419<br>THE LAKES NV 88901-6419 | | 2002<br>GOODS | | | | $ 19,035.47 |
| Account No: 2722<br>Creditor # : 40<br>CINGULAR WIRELESS<br>P.O. BOX 650553<br>DALLAS TX 75265-0553 | | 2002<br>PHONE SERVICE<br>ALSO ACCT. 490769378 FOR $1060.30. | | | | $ 656.93 |

Sheet No. _6_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) — 42,292.00

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor    Case No. _05-27446-BH_

(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| **Account No:** 7790<br>**Creditor # : 41**<br>**CITI SOLOMON SMITH BARNEY VISA**<br>**P.O. BOX 8034**<br>**SOUTH HACKENSACK NJ 07606** | | *2002*<br>*GOODS/SERVICES* | | | | | | $ 29,336.26 |
| **Account No:** 2808<br>**Creditor # : 42**<br>**CITICAPITAL**<br>**P.O. BOX 8500-9805**<br>**PHILADELPHIA PA 19178-9805** | | *2002*<br>*LEASE PHONE SYSTEM* | | | | | | $ 2,644.32 |
| **Account No:** 97-0<br>**Creditor # : 43**<br>**CITY OF EDMOND**<br>**101 E. FIRST ST.**<br>**EDMOND OK 73034** | | | | | | | | $ 78.02 |
| **Account No:**<br>**Creditor # : 44**<br>**CITY OF OKLAHOMA CITY**<br>**P.O. BOX 26670**<br>**OKLAHOMA CITY OK 73126** | | *2002*<br>*Utility Bills* | | | | | | $ 27.56 |
| **Account No:**<br>**Creditor # : 45**<br>**CITY OF OKLAHOMA CITY** | | | | | | | | $ 0.00 |
| **Account No:** 1650<br>**Creditor # : 46**<br>**CLAUSS**<br>**P.O. BOX 667**<br>**FREEMONT OH 43420** | | *2002* | | | | | | $ 178.42 |

Sheet No. 7 of 33 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     32,264.58
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor    Case No. _05-27446-BH_ _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    2253<br>_Creditor # : 47_<br>_CLUNE EQUIPMENT LEASING_<br>_P.O.BOX 7110_<br>_OVERLAND PARK KS 66207-0110_ | | _2002_ | | | | $ 300.00 |
| Account No:<br>_Creditor # : 48_<br>_COASTAL FLORAL_<br>_2451 EASTMAN AVE STE 10_<br>_OXNARD CA 93030_ | | _2002_<br>_FLOWERS_ | | | | $ 10,517.75 |
| Account No:    0422<br>_Creditor # : 49_<br>_COLON & RECTAL ASSOC. OF OKLA._<br>_P.O. BOX 2038_<br>_OKLA. CITY OK_ | | _2004-05_<br>_Medical Bills_ | | | | $ 1,000.00 |
| Account No:    4691<br>_Creditor # : 50_<br>_CONOCO_<br>_P.O. BOX 5000_<br>_PONCA CITY OK 74602-5000_ | | _2002_<br>_GOODS_ | | | | $ 7,840.02 |
| Account No:    1011<br>_Creditor # : 51_<br>_CONSOLIDATED BUSINESS SUPPLY_<br>_P.O. BOX 44204_<br>_OKLAHOMA CITY OK 73144_ | | _2002_<br>_GOODS_ | | | | $ 555.90 |
| Account No:    1011<br>_Creditor # : 52_<br>_CONTINENTAL FARMS_<br>_P.O. BOX 931856_<br>_ATLANTA GA 31193-1856_ | | _2002_<br>_GOODS_ | | | | $ 1,780.17 |

Sheet No.    _8_ of    _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    21,993.84

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor    Case No. _05-27446-BH_

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **F417**<br>_Creditor # : 53_<br>_CONTINENTAL FLORAL GREENS_<br>_P.O. BOX 34536_<br>_SAN ANTONIO TX 78265-4536_ | | _2002_<br>_GOODS_ | | | | $ 14,925.00 |
| Account No: **5543**<br>_Creditor # : 54_<br>_DIAGNOSTIC RADIOLOGY IMAGING_<br>_P.O. BOX 2080_<br>_EDMOND OK 73083_ | | _2005_<br>_SERVICES_ | | | | $ 116.00 |
| Account No: **4609**<br>_Creditor # : 55_<br>_DILLARDS_<br>_P.O. BOX 29448_<br>_PHOENIX AZ 85038-9448_ | | _2001_<br>_GOODS_ | | | | $ 6,220.81 |
| Account No: **-002**<br>_Creditor # : 56_<br>_DINIHANIAN_<br>_15005 NW CORNELL RD._<br>_BEAVERTON OR 97006_ | | _2002_ | | | | $ 135.81 |
| Account No: **1883**<br>_Creditor # : 57_<br>_DISCOVER_<br>_P.O. BOX 30943_<br>_WEST VALLEY CITY UT 84130-0943_ | | _2002_<br>_GOODS & SERVICES_ | | | | $ 10,346.76 |
| Account No: **2007**<br>_Creditor # : 58_<br>_DOLE FRESH FLOWERS_<br>_P.O. BOX 281204_<br>_ATLANTA GA 30384-1204_ | | _2002_<br>_GOODS_ | | | | $ 1,757.14 |

Sheet No. _9_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $
(Total of this page)

Total $
(Report total also on Summary of Schedules)

33,501.52

FORM B6F (12/03) West Group, Rochester, NY

In re DAVID VICTORY _____ / Debtor    Case No. 05-27446-BH
_____              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 3685<br>Creditor # : 59<br>EDMOND MEDICAL CENTER<br>P.O. BOX 31171<br>TAMPA FL 33631-1172 | | 2002<br>Medical Bills | | | | $ 36.18 |
| Account No: 2288<br>Creditor # : 60<br>EDMOND REGIONAL MEDICAL CENTER<br>PATIENT ACCTS.<br>P.O. BOX 409167<br>ATLANTA GA 30384-9167 | | 2002<br>SERVICES | | | | $ 50.00 |
| Account No: 1285<br>Creditor # : 61<br>ELDORADO TRADING CORP.<br>P.O. BOX 523302<br>MIAMI FL 33152 | | 2002<br>GOODS | | | | $ 1,303.65 |
| Account No: 1920<br>Creditor # : 62<br>EMERALD FARMS<br>9800 NW 17th ST. #1<br>MIAMI FL 33172 | | 202<br>GOODS | | | | $ 2,599.20 |
| Account No:<br>Creditor # : 63<br>EQUIFLOR CORPORATION<br>P.O. BOX 523226<br>MIAMI FL 33152-3226 | | 2002<br>FLOWERS | | | | $ 124,912.00 |
| Account No: 3013<br>Creditor # : 64<br>ETHRIDGE PROPANE GAS<br>P.O. BOX 301<br>EDMOND OK 73083 | | 2002<br>PROPANE | | | | $ 800.00 |

Sheet No. 10 of 33 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    129,701.03
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor     Case No. _05-27446-BH_ _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: C270<br>Creditor # : 65<br>EVERFLORA CHICAGO<br>700 NORTHWEST HIGHWAY<br>DES PLAINES ILL 60016 | | | 2002<br>GOODS | | | | $ 431.12 |
| Account No: 1128<br>Creditor # : 66<br>EVERLASTING FLOWERS, INC.<br>P.O. BOX 660479<br>MIAMI SPRINGS FL 33266 | | | 2002<br>GOODS | | | | $ 1,245.30 |
| Account No:<br>Creditor # : 67<br>EXPRESS LUBE<br>8616<br>S. WESTERN<br>OKLAHOMA CITY OK 73139 | | | 2002<br>OIL CHANGE | | | | $ 288.37 |
| Account No:<br>Creditor # : 68<br>FABRIC BARN<br>3123 E. ANAHEIM ST.<br>LONG BEACH CA 90804 | | | 2002<br>GOODS | | | | $ 1,915.88 |
| Account No: 6070<br>Creditor # : 69<br>FALCON FARMS<br>P.O. BOX 52-6545<br>MIAMI FL 33152 | | | 2001 | | | | $ 732.57 |
| Account No: 37-1<br>Creditor # : 70<br>FEDERAL EXPRESS<br>P.O. BOX 1140<br>MEMPHIS TN 38101-1140 | | | 2002<br>SERVICES | | | | $ 16.32 |

Sheet No. _11_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     4,629.56
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_____ / Debtor    Case No. _05-27446-BH_____

(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **7423** **Creditor # : 71** FIRST USA BANK, N.A. P.O. BOX 94014 PALANTINE ILL 60094-4014 | | 2002 GOODS | | | | | $ 3,491.03 |
| Account No: **2134** **Creditor # : 72** FLEET CREDIT CARD SERVICE P.O. BOX 15368 WILMINGTON DE 19886-5368 | | 2002 Credit Card Purchases | | | | | $ 8,639.99 |
| Account No: **Creditor # : 73** FLORACO 38766 DE LUZ ROAD FALLBROOK CA 92028 | | 2002 GOODS | | | | | $ 206.00 |
| Account No: **25 D** **Creditor # : 74** FLORACRAFT CORP. NCO FINANCIAL SYSTEMS, INC. 5665 NEW NORTHSIDE DR. STE 300 ATLANTA GA 30328-4617 | | 2002 GOODS | | | | | $ 393.13 |
| Account No: **Creditor # : 75** FLORAL AIR P.O. BOX 2290 WATSONVILLE CA 95077-2290 | | 2002 GOODS | | | | | $ 185.25 |
| Account No: **Creditor # : 76** FLORASOURCE LLC 12111 MELROSE OVERLAND PARK KS 66213 | | 2002 GOODS | | | | | $ 77.42 |

Sheet No. _12_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       12,992.82
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor    Case No. _05-27446-BH_
                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    9927<br>Creditor # : 77<br>FOLEYS<br>P.O.. BOX 52026<br>PHOENIX AZ 85072-2026 | | 2002<br>GOODS | | | | $ 117.42 |
| Account No:<br>Creditor # : 78<br>FORD CREDIT<br>P.O. BOX 640001 DZ<br>DALLAS TX 75364-0001 | | 2002<br>REPO | | | | Unknown |
| Account No:<br>Creditor # : 79<br>FORSCHNER GROUP, INC.<br>P.O. BOX 874<br>SHELTON CT 06484-0874 | | 2002<br>GOODS | | | | $ 265.66 |
| Account No:<br>Creditor # : 80<br>FRESHPACK, LLC<br>14789 COOL VALLEY RANCH RD.<br>VALLEY CENTER CA 92082 | | 2002<br>GOODS | | | | $ 2,023.00 |
| Account No:<br>Creditor # : 81<br>FULL CIRCLE LAWNS<br>415 E. 5th STREET<br>EDMOND OK 73034 | | 2004-05<br>LAWN SERVICE | | | | $ 510.00 |
| Account No:<br>Creditor # : 82<br>GELCO INTERNACIONAL S.A.<br>P.O. BOX 861463<br>ORLANDO FL 32886-1463 | | 2002<br>GOODS | | | | $ 183.55 |

Sheet No. _13_ of ___ _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     3,099.63
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor    Case No. _05-27446-BH_ ____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 83 <br> GIFTWARES COMPANY, INC. <br> 436 FIRST AVENUE <br> ROYERSFORD PA 19468 | | 2002 <br> GOODS | | | | $ 414.18 |
| Account No: 2804 <br> Creditor # : 84 <br> GLAD-A-WAY GARDENS <br> CMA BUSINESS CREDIT SERVICES <br> P.O. BOX 7740 <br> BURBANK CA 132804 | | 2002 <br> GOODS | | | | $ 7,031.86 |
| Account No: 3176 <br> Creditor # : 85 <br> GM CARD <br> P.O. BOX 60119 <br> CITY OF INDUSTRY CA 91716-0119 | | 2002 <br> Credit Card Purchases | | | | $ 5,112.17 |
| Account No: <br> Creditor # : 86 <br> GRAND FLORAL IMPORT INC. <br> P.O. BOX 60839 <br> CHARLOTTE NC 28260-0839 | | 2002 <br> GOODS | | | | $ 5,462.40 |
| Account No: <br> Creditor # : 87 <br> GREATER FLOWER GROWERS & SPRS. <br> P.O. BOX5045 <br> OXNARD CA 93030 | | 2002 <br> GOODS | | | | $ 1,101.50 |
| Account No: 2031 <br> Creditor # : 88 <br> HAMPSHIRE PAPER CORP. <br> 24 POWERS STREET <br> MILFORD NH 03055 | | 2002 <br> GOODS | | | | $ 977.62 |

Sheet No. _14_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     20,099.73
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_____ / Debtor    Case No. _05-27446-BH____
                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    1317<br>Creditor # : 89<br>HARTFORD FARMS<br>P.O. BOX 618<br>BLOUNTSTOWN FL 32424-0618 | | 2002<br>GOODS | | | | $ 438.75 |
| Account No:<br>Creditor # : 90<br>HARVEY JANATORICAL SALES<br>28 NW 10TH ST.<br>OKLAHOMA CITY OK 73103 | | 2002<br>SUPPLIES | | | | $ 132.86 |
| Account No:<br>Creditor # : 91<br>HAUSERMAN'S ORCHIDS<br>2 NORTH 134 ADDISON RD.<br>VILLA PARK ILL 60181 | | 2002<br>FLOWERS | | | | $ 536.60 |
| Account No:    3004<br>Creditor # : 92<br>HEARTLAND PATH<br>P.O. BOX 26343<br>OKLA. CITY OK 73126 | | 2004-05 | | | | $ 4,400.00 |
| Account No:    0523<br>Creditor # : 93<br>HIBDON TIRE CENTERS<br>P.O. BOX 96496<br>OKLAHOMA CITY OK 73143 | | 2001/02<br>GOODS | | | | $ 2,367.08 |
| Account No:<br>Creditor # : 94<br>INDEPENDENT FINANCIAL SYSTEMS<br>IFS<br>200 GODDARD<br>IRVINE CA | | 2003-05<br>NON-COMPETE CLAUSE | | | | Unknown |

Sheet No. _15_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $<br>(Total of this page) | 7,875.29 |
| Total $<br>(Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor     Case No. _05-27446-BH_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **49.2**<br>**Creditor # : 95**<br>**INTERNAL MEDICINE CENTRAL**<br>**P.O. BOX 965220**<br>**OKLAHOMA CITY OK 73196-5220** | | **2002**<br>**SERVICES** | | | | **$ 60.00** |
| Account No:<br>**Creditor # : 96**<br>**JOHN HENRY COMPANY**<br>**5800 W. GRAND RIVER AVE.**<br>**LANSING MI 48901-7099** | | **2002** | | | | **$ 1,970.89** |
| Account No:<br>**Creditor # : 97**<br>**JOHN URA, INC.**<br>**42154 PALM AVE.**<br>**MISSION SANJOSE CA  94539** | | **2002** | | | | **$ 357.00** |
| Account No:  **3711**<br>**Creditor # : 98**<br>**JOLO FARMS**<br>**13661 DEERING BAY DRIVE**<br>**MIAMI FL 33158** | | **2002** | | | | **$ 398.80** |
| Account No:<br>**Creditor # : 99**<br>**K Y BROS. GREENHOUSE**<br>**23940 POTTER ROAD**<br>**SALINAS CA 93908** | | **2002**<br>**FLOWERS** | | | | **$ 2,295.00** |
| Account No:  **1201**<br>**Creditor # : 100**<br>**KENNICOTT BROTHERS COMPANY**<br>**1638 W. HUBBARD STREET**<br>**CHICAGO ILL 60622-6303** | | **2002**<br>**GOODS** | | | | **$ 373.47** |

Sheet No. _16_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | 5,455.16 |
| **Total $** (Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_____ / Debtor    Case No. _05-27446-BH_____
                                                                    (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 101** <br> *KENNICOTT BROTHERS COMPANY* <br> *P.O. BOX 92170* <br> *CHICAGO ILL 60622-6303* | | | *2002* | | | | $ 358.97 |
| Account No: <br> **Creditor # : 102** <br> *LAKESHORE BOX & PRODUCTS CO.* <br> *2737 S. 12th AVE.* <br> *BROADVIEW ILL 60155* | | | *2002* <br> *GOODS* | | | | $ 621.10 |
| Account No:   0052 <br> **Creditor # : 103** <br> *LCT TRANSPORTATION* <br> *AARON HARRIS BLAKE & ASSOC.* <br> *2714 INDEPENDENCE ST. STE 200* <br> *METAIRIE LA 70006* | | | *2002* <br> *GOODS* | | | | $ 6,460.93 |
| Account No: <br> **Creditor # : 104** <br> *LIBERTY FLORAL* <br> *4333 W. GONZALES RD.* <br> *OXNARD CA 93030* | | | *2002* <br> *FLOWERS* | | | | $ 1,550.51 |
| Account No:   30-0 <br> **Creditor # : 105** <br> *LOVE, BEAL & NIXON* <br> *(FORD MOTOR CREDIT)* <br> *P.O. BOX 32738* <br> *OKLA. CITY OK 73123* | | | *2003* | | | | $ 5,796.48 |
| Account No: <br> **Creditor # : 106** <br> *MATSUI WHOLESALE FLORIST* <br> *1645 OLD STAGE RAOD* <br> *SALINAS CA 93908* | | | *2002* <br> *FLOWERS* | | | | $ 3,770.60 |

Sheet No. _17_ of ___33_ continuation sheets attached to Schedule of    **Subtotal $**    | 18,558.59
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)
                                                  **Total $**
                                                  (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor     Case No. _05-27446-BH_ _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  Creditor # : 107  MAXIMUM NURSERY INC.  4575 FOOTHILL ROAD  CARPINTRIA CA 93013 | | 2002  FLOWERS | | | | $ 909.05 |
| Account No:  Creditor # : 108  MAZZANTI CARNATIONS, INC.  820 TENNIS DRIVE  S SAN FRANCISCO CA 94080 | | 2002  FLOWERS | | | | $ 885.65 |
| Account No:  Creditor # : 109  MCGINLEY MILLS, INC.  HECKMAN & BATES STREETS  PHILLIPSBURG NJ 08865 | | 2002  GOODS | | | | $ 885.65 |
| Account No:  Creditor # : 110  MCLEOD USA  P.O. BOX 3243  MILWAUKEE WI 53201-3243 | | 2002 | | | | $ 1,100.01 |
| Account No:  Creditor # : 111  MELLANO & COMPANY  766 WALL STREET  LOS ANGELES OK 90014 | | 2002 | | | | $ 3,057.28 |
| Account No:  Creditor # : 112  MICHAEL CLUEN  3500 FOUR WINNS STRAIT  ARCADIA OK 73013 | | | | | | $ 0.00 |

Sheet No. _18_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    6,837.64
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_____ / Debtor    Case No. _05-27446-BH_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 113<br>MILGRO NURSERY<br>P.O. BOX 6069<br>OXNARD CA 93031 | | 2002<br>GOODS | | | | $ 1,209.00 |
| Account No:<br>Creditor # : 114<br>MINAMI GREENHOUSE INC.<br>20400 SPENCE ROAD<br>SALINAS CA 93908 | | 2002<br>FLOWERS | | | | $ 1,181.06 |
| Account No:<br>Creditor # : 115<br>MISTLETOE WHOLESALE FLORIST<br>33 N. BROADWAY CIRCLE<br>OKLAHOMA CITY OK 73103 | | 2002<br>FLOWERS | | | | $ 1,087.60 |
| Account No:<br>Creditor # : 116<br>MISTY<br>P.O. BOX 828428<br>PHILADELPHIA PA 19182 | | 2002 | | | | $ 10,576.00 |
| Account No:   2288<br>Creditor # : 117<br>MORNINGSTAR EMERGENCY PHYS.<br>P.O. BOX 99998<br>OKLA. CITY OK 73199-001 | | 2002<br>Medical Bills | | | | $ 17.17 |
| Account No:<br>Creditor # : 118<br>MOSS MAN INC.<br>1570 KEYWAY COURT<br>ENGLEWOOD FL 34223 | | 2002<br>GOODS | | | | $ 409.79 |

Sheet No. _19_ of __33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) | 14,480.62

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor    Case No. _05-27446-BH_ _____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 119<br>MOUNTAIN VIEW GREENHOUSES, INC<br>P.O. BOX 32<br>MOUNTAIN VIEW CA 94042 | | 2002<br>GOODS | | | | $ 7,486.42 |
| Account No: 9901<br>Creditor # : 120<br>NEIMAN MARCUS<br>P.O. BOX 620016<br>DALLAS TX 75262-0016 | | 2005<br>Credit Card Purchases | | | | $ 50.00 |
| Account No: 121<br>Creditor # : 121<br>NOBLE VALLEY FARMS<br>450 W. ENTERPRISE ROAD<br>P.O. BOX 1538<br>SHELTON WA 98584 | | 2002<br>GOODS | | | | $ 1,828.92 |
| Account No: 809<br>Creditor # : 122<br>NORTHWEST PEDIATRICS<br>4140 W. MEMORIAL RD. #413<br>OKLA. CITY OK 73120-8300 | | 2002<br>Medical Bills | | | | $ 15.00 |
| Account No:<br>Creditor # : 123<br>OCEAN BREEZE INTERNATIONAL<br>3910 N. VIA REAL<br>CARPINTERIA CA 93013 | | 2002 | | | | $ 411.50 |
| Account No: 66-7<br>Creditor # : 124<br>OG & E<br>P.O. BOX 26040<br>OKLAHOMA CITY OK 73126-0040 | | 2002<br>ELECTRIC SERVICE | | | | $ 80.00 |

Sheet No. _20_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    9,871.84
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor        Case No. _05-27446-BH_
                                                                           (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    30-5<br>Creditor # : 125<br>OG &E<br>P.O. BOX 24990<br>OKLA. CITY OK 73124-0990 | | 2003<br>17 S. ARCADIAN ELECTRIC BILL | | | | $ 589.16 |
| Account No:    80-8<br>Creditor # : 126<br>OG&E<br>P.O. BOX 26040<br>OKLAHOMA CITY OK 73126-0040 | | 2002<br>ELECTRIC SERVICE | | | | $ 4,034.00 |
| Account No:    9045<br>Creditor # : 127<br>OKLAHOMA CO. TREASURER<br>320 ROBERT S. KERR RM 302<br>OKLAHOMA CITY OK 73102 | | 2001,2002,2003<br>PROPERTY TAXES ON 17 S. ARCADIAN | | | | $ 4,026.09 |
| Account No:    1011<br>Creditor # : 128<br>OKLAHOMA EMPLOYMENT SECURITY<br>P.O. BOX 268826<br>OKLAHOMA CITY OK 73152-2004 | | 2002 | | | | $ 1,870.72 |
| Account No:    -011<br>Creditor # : 129<br>OKLAHOMA NATURAL GAS<br>P.O. BOX 268826<br>OKLAHOMA CITY OK 73126-8826 | | 2002<br>GAS | | | | $ 86.71 |
| Account No:    -001<br>Creditor # : 130<br>OKLAHOMA NATURAL GAS<br>P.O.BOX 268826<br>OKLAHOMA CITY OK 73126-8826 | | 2002<br>GAS | | | | $ 87.41 |

Sheet No.   21   of   33   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $
(Total of this page)            10,694.09

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor    Case No. _05-27446-BH_____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State.<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:**<br>*Creditor # : 131*<br>*OKLAHOMA SPORTS SCIENCE*<br>*P.O. BOX 1998*<br>*OKLAHOMA CITY OK 73101* | | *FOR JOHN VICTORY* | | | | $ 1,348.00 |
| **Account No:** 8833<br>*Creditor # : 132*<br>*OXMOOR HOUSE*<br>*P.O. BOX 62502*<br>*TAMPA FL 33662* | | *2002*<br>*GOODS*<br>*ALSO ACCT 20980121879  $14.90* | | | | $ 29.91 |
| **Account No:** 5714<br>*Creditor # : 133*<br>*OZARK NATURAL PRODUCTS*<br>*310 NORTHEND AVE.*<br>*PARAGOULD AR 72450* | | *2002*<br>*WATER* | | | | $ 1,372.76 |
| **Account No:** 5714<br>*Creditor # : 134*<br>*PACIFIC LIFE & ANNUITY CO.*<br>*P.O. BOX 7010*<br>*NEWPORT BEACH CA 92658-7010* | | *2002*<br>*GOODS* | | | | $ 533.56 |
| **Account No:**<br>*Creditor # : 135*<br>*PACIFIC RIM FLOWERS/ORCHID*<br>*P.O. BOX 3522*<br>*VISTA CA 92085* | | *2002*<br>*GOODS* | | | | $ 708.20 |
| **Account No:**<br>*Creditor # : 136*<br>*PAJARO VALLEY GREENHOUSES, INC*<br>*210 LEWIS ROAD*<br>*P.O. BOX 69 WATSONVILLE CA* | | *2002*<br>*GOODS* | | | | $ 915.35 |

Sheet No. _22_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    4,907.78

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_____ / Debtor    Case No. _05-27446-BH_____
                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 137 PAULINE VICTORY CLUEN 3500 FOUR WINNS STRAIT ARCADIA OK 73013 | | | | | | | |
| Account No:    1338 | | 2003 | | | | | $ 274.61 |
| Creditor # : 138 PEGASUS SATELLITE TV, INC. P.O. BOX 9001587 LOUISVILLE KY 40290-1587 | | SERVICE | | | | | |
| Account No:    -559 | | 2002 | | | | | $ 2,023.70 |
| Creditor # : 139 PIER 1 IMPORTS P.O. BOX 1203 ST. CLOUD MN 56396-1203 | | GOODS | | | | | |
| Account No:    5516 | | 2002 | | | | | $ 132.70 |
| Creditor # : 140 PIKEPASS 4401 W. MEMORIAL OKLAHOMA CITY OK 73134 | | PIKEPASS PASS IN NAME OF CHRIS WANNER. | | | | | |
| Account No:    0036 | | 2002 | | | | | $ 196.26 |
| Creditor # : 141 PIKEPASS 4401 W. MEMORIAL ROAD OKLAHOMA CITY OK 73134 | | PIKEPASS | | | | | |
| Account No:    0453 | | 2002 | | | | | $ 266.55 |
| Creditor # : 142 PIKEPASS 4401 W. MEMORIAL OKLAHOMA CITY OK 73134 | | PIKEPASS | | | | | |

Sheet No. _23_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        2,893.82
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor        Case No. _05-27446-BH_ _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** <br> Creditor # : 143 <br> PITNEY BOWES INC. <br> P.O. BOX 85390 <br> LOUISVILLE KY 40285-5390 | | 2002 <br> MAILING MACHINE LEASE/SERVICE | | | | $ 270.64 |
| **Account No:** 5-10 <br> Creditor # : 144 <br> PLAZA ASSOCIATES <br> (CENTRAL WHOLESALE FLORIST) <br> P.O. BOX 18008 <br> HAUPPAUGE NY 11788-8808 | | 2002 <br> CHASE AUTO FINANCE <br> COLLECTOR FOR CHASE AUTO FINANCE | | | | $ 10,591.92 |
| **Account No:** <br> Creditor # : 145 <br> POKON & CHRYSAL <br> 3063 N.W. 107th AVE. <br> MIAMI FL 33172 | | 2002 | | | | $ 1,466.00 |
| **Account No:** <br> Creditor # : 146 <br> PREMIER FLORAL CORP. <br> P.O. BOX 522758 <br> MIAMI FL 33152-2758 | | 2002 <br> FLOWERS | | | | $ 4,768.12 |
| **Account No:** <br> Creditor # : 147 <br> PRIORITY ONE FLOWER SHIPPERS <br> 12 BLOSSOM WAY <br> SCOTTS VALLEY CA 95066 | | 2002 | | | | $ 310.00 |
| **Account No:** <br> Creditor # : 148 <br> PRO-T-KEA NOW <br> 14111 WESTFORK RD. <br> PAUMA VALLEY CA 92061 | | 2002 | | | | $ 6,553.00 |

Sheet No. _24_ of ___ _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $
(Total of this page)         **23,959.68**

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor    Case No. _05-27446-BH_
_____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0552<br>Creditor # : 149<br>PRUDENTIAL<br>BANKCARD SERVICES<br>P.O. BOX 15137<br>WILMINGTON DE 19886-5137 | | 2002<br>GOODS | | | | | $ 7,129.42 |
| Account No:<br>Creditor # : 150<br>PURCHASE POWER<br>P.O.. BOX 856042<br>LOUISVILLE KY 40285-6042 | | 2002 | | | | | $ 59.43 |
| Account No:<br>Creditor # : 151<br>QUEEN'S FLOWERS<br>2750 N.W. 79th AVE.<br>MIAMI FL 33122 | | 2002<br>FLOWERS | | | | | $ 29,652.84 |
| Account No:   8130<br>Creditor # : 152<br>QWEST<br>P.O. BOX 85023<br>LOUISVILLE KY 40285-5023 | | 2002<br>TELEPHONE SERVICE<br>ALSO ACCCT 52555813  $690.10 | | | | | $ 305.65 |
| Account No:<br>Creditor # : 153<br>R.O.S.E.<br>P.O. BOX 52-2903<br>MIAMI FL 33152 | | 2002 | | | | | $ 169.39 |
| Account No:   2779<br>Creditor # : 154<br>RADIOLOGY ASSOC.<br>CCI<br>P.O. BOX 60607<br>OKLA. CITY OK 73146 | | 2004<br>SERVICES | | | | | $ 64.56 |

Sheet No.   25  of   33  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $<br>(Total of this page) | 37,381.29 |
| Total $<br>(Report total also on Summary of Schedules) | |

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor    Case No. _05-27446-BH_

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   4282<br>Creditor # : 155<br>RADIOLOGY CONSULTANTS, INC.<br>4625 S. WESTERN AVE<br>P.O. BOX 95818<br>OKLA. CITY OK 73143 | | 2004-05<br>Medical Bills | | | | $ 52.00 |
| Account No:<br>Creditor # : 156<br>RAINBOW FLOWERS IMPORTS, INC.<br>P.O. BOX 152174<br>TAMPA FL 33684-2174 | | 2002<br>FLOWERS | | | | $ 931.05 |
| Account No:<br>Creditor # : 157<br>RIVERDALE FARMS, INC.<br>P.O. BOX 861093<br>ORLANDO FL 32886-1093 | | 2002<br>FLOWERS | | | | $ 553.94 |
| Account No:<br>Creditor # : 158<br>ROLLING HILLS RANCH<br>C/O NCO FINANCIAL<br>3850 N. CAUSEWAY BLVD. 3rd FL.<br>METAIRIE LA 70002 | | 2003<br>GOODS | | | | $ 790.14 |
| Account No:   1325<br>Creditor # : 159<br>ROY HOUFF COMPANY<br>620 S. OAK PARK AVE.<br>CHICAGO ILL 60638 | | 2002 | | | | $ 1,871.10 |
| Account No:<br>Creditor # : 160<br>SCG, LLC/BOTANICAL ACRES<br>514 LACOSTA AVE.<br>LEVCADIA CA 92024 | | 2002 | | | | $ 280.75 |

Sheet No. _26_ of _33_ continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)      4,478.98

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_____ / Debtor      Case No. _05-27446-BH_____
                                                                        (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 161** <br> *SCOTT'S GLADIOLUS FARM, INC.* <br> *P.O. BOX 127* <br> *ALTHA FL 32421* | | *2002* <br> *FLOWERS* | | | | $ 1,590.06 |
| Account No: 0130 <br> **Creditor # : 162** <br> *SEARS* <br> *86 ANNEX* <br> *ATLANTA GA 30386-0001* | | *2001-02* <br> *Credit Card Purchases* | | | | $ 6,104.91 |
| Account No: <br> **Creditor # : 163** <br> *SKYLINE FLOWER GROWERS* <br> *4279 EAST HUENEME ROAD* <br> *OXNARD CA 93033* | | *2002* | | | | $ 17.96 |
| Account No: <br> **Creditor # : 164** <br> *SONITROL OF OKLA. CITY, INC.* <br> *1635 N.W. 23rd STREET* <br> *OKLAHOMA CITY OK 73106* | | *2002* | | | | $ 563.97 |
| Account No: 33-2 <br> **Creditor # : 165** <br> *SOUTHWESTERN BELL TELEPHONE* <br> *P.O. BOX 4843* <br> *HOUSTON TX 77097-0078* | | *2002* <br> *TELEPHONE SERVICE* | | | | $ 2,871.43 |
| Account No: 35-2 <br> **Creditor # : 166** <br> *SOUTHWESTERN BELL TELEPHONE* <br> *P.O. BOX 4843* <br> *HOUSTON TX 77097-0078* | | *2002* <br> *TELEPHONE SERVICE* | | | | $ 294.38 |

Sheet No. _27_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      11,442.71
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor     Case No. _05-27446-BH_ _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 35-3 <br> Creditor # : 167 <br> SOUTHWESTERN BELL TELEPHONE <br> P.O. BOX 4843 <br> HOUSTON TX 77097-0078 | | 2002 <br> TELEPHONE SERVICE | | | | $ 259.29 |
| Account No: <br> Creditor # : 168 <br> SOUTHWESTERN BELL YELLOW PAGES <br> P.O. BOX 630014 <br> DALLAS TX 75263-0014 | | 2002 <br> YELLOW PAGES ADVERTISING | | | | $ 1,289.08 |
| Account No: 16-1 <br> Creditor # : 169 <br> SPRINT <br> P.O. BOX 219554 <br> KANSAS CITY MO 64121 | | 2003 <br> SERVICES | | | | $ 200.00 |
| Account No: <br> Creditor # : 170 <br> SPRINT | | | | | | $ 0.00 |
| Account No: 9102 <br> Creditor # : 171 <br> STAGE (GRANITE NAT'L BANK) <br> P.O. BOX 660297 <br> DALLAS TX 75266-0297 | | 2002 <br> GOODS | | | | $ 175.00 |
| Account No: <br> Creditor # : 172 <br> T. LARRYJONES, INC. <br> 150 PINTAIL ST. <br> ST. ROSE LA 70087 | | 2002 | | | | $ 4,048.46 |

Sheet No. _28_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | 5,971.83
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor    Case No. _05-27446-BH_ _____
<span style="float:right">(if known)</span>

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *NTWH* <br> *Creditor # : 173* <br> *TAYAMA GREENHOUSES INC.* <br> *753 WALL STREET* <br> *LOS ANGELES CA 90014* | | *2002* <br> *GOODS* | | | | $ 2,447.83 |
| Account No: *09-9* <br> *Creditor # : 174* <br> *TERMINIX* <br> *P.O. BOX 15240* <br> *OKLAHOMA CITY OK 73155-5240* | | *2002* <br> *SERVICE* | | | | $ 180.00 |
| Account No: <br> *Creditor # : 175* <br> *TERRY'S FLOWER CONNECTION* <br> *P.O. BOX 5284* <br> *VENTURA CA 93005-0284* | | *2002* <br> *FLOWERS* | | | | $ 2,208.55 |
| Account No: <br> *Creditor # : 176* <br> *TEXACO* <br> *P.O. BOX 9010* <br> *DES MOINES IA 50368-9010* | | *2002* <br> *Credit Card Purchases* | | | | $ 6,636.00 |
| Account No: <br> *Creditor # : 177* <br> *TEX-MEX IMPORTING CO. INC.* <br> *3100 COLBATH* <br> *MCCALLEN TX 78503* | | *2002* <br> *GOODS* | | | | $ 2,900.52 |
| Account No: <br> *Creditor # : 178* <br> *TITAN FARMS, LLC* <br> *RIVIERA FINANCE* <br> *P.O. BOX 542300* <br> *HOUSTON TX 77254* | | *2002* <br> *GOODS* | | | | $ 2,998.52 |

Sheet No. _29_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     17,371.42
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor    Case No. _05-27446-BH_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 179**<br>**T-MOBILE**<br>**P.O. BOX 790047**<br>**ST. LOUIS MO 63179-0047** | | | | | | $ 0.00 |
| Account No:<br>**Creditor # : 180**<br>**T-MOBILE** | | | | | | $ 0.00 |
| Account No:   **4994**<br>**Creditor # : 181**<br>**TRINITY UNIVERSAL INSURANCE CO**<br>**P.O. BOX 655028**<br>**DALLAS TX 75265-5028** | | **2002-03**<br>**INSURANCE**<br>**ALSO POLICY#VO107351001 FOR $1,110** | | | | $ 6,873.00 |
| Account No:<br>**Creditor # : 182**<br>**TROPICAL CONNECTION**<br>**P.O.. BOX 9**<br>**PAHOA HA 96778** | | **2002**<br>**GOODS** | | | | $ 238.31 |
| Account No:   **1676**<br>**Creditor # : 183**<br>**TWIN HILLS GOLF & COUNTRY CLUB**<br>**3401 NE 36th ST.**<br>**OKLAHOMA CITY OK 73121** | | **2002**<br>**GOLF MEMBERSHIP** | | | | $ 463.12 |
| Account No:<br>**Creditor # : 184**<br>**U.S. FINANCIAL**<br>**10290 ALLIANCE RD.**<br>**P.O. BOX 429560**<br>**CINCINNATI OH 45242-9560** | | **2002** | | | | $ 445.50 |

Sheet No. _30_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    8,019.93

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re <u>DAVID VICTORY</u> _____ / Debtor    Case No. <u>05-27446-BH</u>
                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 7332<br>*Creditor # : 185*<br>*UNITED PARCEL SERVICE*<br>*LOCKBOX 577*<br>*CAROL STREAM ILL 60132-0577* | | | *2002* | | | | $ 45.60 |
| Account No: 7332<br>*Creditor # : 186*<br>*UNITED PARCEL SERVICE*<br>*P.O. BOX 650580*<br>*DALLAS TX 75265-0580* | | | *2002*<br>*SERVICES* | | | | $ 127.41 |
| Account No:<br>*Creditor # : 187*<br>*UNITRIN PROPERTY & CASUALTY*<br>*P.O. BOX 655028*<br>*DALLAS TX 75265-5028* | | | *2002*<br>*INSURANCE* | | | | $ 3,134.00 |
| Account No:<br>*Creditor # : 188*<br>*VALLEY FLOWERS, INC.*<br>*3920 N. VIA REAL*<br>*CARPINTERIA CA 93013* | | | *2002*<br>*FLOWERS* | | | | $ 159.00 |
| Account No:<br>*Creditor # : 189*<br>*VELOCITY EXPRESS CORP.*<br>*CORPORATE EXPRESS*<br>*P.O. BOX 660329*<br>*DALLAS TX 75266-0329* | | | *2002*<br>*SERVICE* | | | | $ 814.22 |
| Account No: 5597<br>*Creditor # : 190*<br>*WAL-MART*<br>*P.O. BOX 530927*<br>*ATLANTA GA 30353-0927* | | | *2004*<br>*Credit Card Purchases* | | | | $ 1,414.77 |

Sheet No. <u>31</u> of <u>33</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    5,695.00

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor    Case No. _05-27446-BH_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 191<br>WARNER HEAT & AIR<br>1000 S. RICHLAND ROAD<br>MUSTANG OK 73064 | | | 2002<br>SERVICE | | | | $ 76.72 |
| Account No:<br>Creditor # : 192<br>WASTE CONNECTIONS INC.<br>4625 SOUTH ROCKWELL<br>OKLAHOMA CITY OK 73179 | | | 2002<br>SERVICE | | | | $ 561.90 |
| Account No:<br>Creditor # : 193<br>WESTERN PULP PRODUCTS<br>P.O. BOX 968<br>CORVALIS OR 97339-0968 | | | 2002<br>GOODS | | | | $ 944.48 |
| Account No:    1800<br>Creditor # : 194<br>WESTERN PULP PRODUCTS, CO.<br>P.O. BOX 968<br>CORVALIS OR 97339-0968 | | | 2002<br>GOODS | | | | $ 971.08 |
| Account No:<br>Creditor # : 195<br>WESTFLORA<br>301-A LAMBERT ST.<br>OXNARD CA 93036 | | | 2002<br>GOODS | | | | $ 10,787.86 |
| Account No:<br>Creditor # : 196<br>WESTFLORA INC.<br>301-A LAMBERT STREET<br>OXNARD CA 93036 | | | 2002<br>FLOWERS | | | | $ 10,787.81 |

Sheet No. _32_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    24,129.85

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _DAVID VICTORY_ _____ / Debtor    Case No. _05-27446-BH_____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  0000<br>**_Creditor # : 197_**<br>_WILSEY BENNETT CO._<br>_P.O. BOX 4189_<br>_VENTURA CA 93007-4189_ | | | _2002_ | | | | $ 3,776.34 |
| Account No:  4505<br>**_Creditor # : 198_**<br>_WORKS & LENTZ_<br>_1437 S. BOULDER, STE 900_<br>_TULSA OK 74119-3631_ | | | _2002_<br>_GOODS_<br>_COLLECTOR FOR GLAD-A-WAY GARDENS_<br>_LISTED HEREIN FOR $7,031.86_ | | | | _Unknown_ |
| Account No:  _NOKL_<br>**_Creditor # : 199_**<br>_ZIPPER FARMS_<br>_P.O. BOX 640_<br>_FT. MYERS FL 33902_ | | | _2002_<br>_GOODS_ | | | | $ 1,478.75 |
| Account No:<br>**_Creditor # : 200_**<br>_ZIPPERER FARMS_<br>_P.O. DRAWER 640_<br>_FORT MYERS FL 33902_ | | | _2002_<br>_GOOODS_ | | | | $ 1,478.75 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _33_ of ___33__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $<br>(Total of this page) | 6,733.84 |
|---|---|---|
|  | Total $<br>(Report total also on Summary of Schedules) | 983,321.48 |

FORM B6G (10/89) West Group, Rochester, NY

In re **DAVID VICTORY** _____ / Debtor    Case No. _**05-27446-BH**_
                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
     creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

FORM B6H (6/90) West Group, Rochester, NY

In re *DAVID VICTORY* _____ / Debtor    Case No. *05-27446-BH*
                                                                        (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

FORM B6I (6/90) West Group, Rochester, NY

In re *DAVID VICTORY* _____ / Debtor    Case No. *05-27446-BH* _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| *Married* | RELATIONSHIP | AGE |
| | *SON* | *XX* |
| | *SON* | *XX* |
| | *WIFE* | *XX* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *SALES* | |
| Name of Employer | *BOB HOWARD PONTIAC/GMC* | |
| How Long Employed | *3 MONTHS* | |
| Address of Employer | *BROADWAY EXTENSION* *EDMOND OK  73013* | |

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | *2,500.00* | $ | *0.00* |
| Estimated Monthly Overtime | $ | *0.00* | $ | *0.00* |
| SUBTOTAL | $ | *2,500.00* | $ | *0.00* |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll Taxes and Social Security | $ | *500.00* | $ | *0.00* |
| b. Insurance | $ | *600.00* | $ | *0.00* |
| c. Union Dues | $ | *0.00* | $ | *0.00* |
| d. Other (Specify):  *DEMO VEHICLE* | $ | *90.00* | $ | *0.00* |
| | $ | *0.00* | $ | *0.00* |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | *1,190.00* | $ | *0.00* |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | *1,310.00* | $ | *0.00* |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | *0.00* | $ | *0.00* |
| Income from Real Property | $ | *0.00* | $ | *0.00* |
| Interest and dividends | $ | *0.00* | $ | *0.00* |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | *0.00* | $ | *0.00* |
| Social Security or other government assistance Specify: | $ | *0.00* | $ | *0.00* |
| Pension or retirement income | $ | *0.00* | $ | *0.00* |
| Other monthly income Specify: | $ | *0.00* | $ | *0.00* |
| TOTAL MONTHLY INCOME | $ | *1,310.00* | $ | *0.00* |
| TOTAL COMBINED MONTHLY INCOME    $ | | *1,310.00* | | |
| (Report also on Summary of Schedules) | | | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re *DAVID VICTORY* _____ / Debtor     Case No. *05-27446-BH* _____

(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| Are real estate taxes included?     Yes ☐   No ☒ | | |
| Is property insurance included?     Yes ☐   No ☒ | | |
| Utilities: Electricity and heating fuel | $ | 500.00 |
|     Water and sewer | $ | 0.00 |
|     Telephone | $ | 400.00 |
|     Other | $ | 0.00 |
| Home maintenance (Repairs and upkeep) | $ | 0.00 |
| Food | $ | 600.00 |
| Clothing | $ | 0.00 |
| Laundry and dry cleaning | $ | 0.00 |
| Medical and dental expenses | $ | 0.00 |
| Transportation (not including car payments) | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | $ | 0.00 |
|     Life | $ | 0.00 |
|     Health | $ | 0.00 |
|     Auto | $ | 175.00 |
|     Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | | |
| Specify: | $ | 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | 650.00 |
|     Other: | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other: | $ | 0.00 |
| TOTAL MONTHLY EXPENSES     (Report also on Summary of Schedules) | $ | 2,525.00 |

FORM B6 (6/90) West Group, Rochester, NY

In re *DAVID VICTORY* _____ / Debtor    Case No. *05-27446-BH* _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ *46* ____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: *10-26-05* _____     Signature _____

DAVID VICTORY

Form 7 (9/00) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re *DAVID VICTORY*
    *CENTRAL WHOLESALE FLORIST*

Case No. *05-27446-BH*
Chapter  7

_____ / Debtor

## STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

    Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

### DEFINITIONS

    "In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

    "Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                      SOURCE (if more than one)

*Year to date:$34,000*
    *Last Year:*
*Year before:*

---

### 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

### 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

Form 7 (9/00)  West Group, Rochester, NY

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 4. Suits and administrative proceedings, executions, garnishments and attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

*SEE ATTACHED*

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:BANK OF OKLAHOMA* <br> *Address:* | *SEPT. 2005* | *Description:GARNISHED JOINT CHECKING ACCT.* <br> *Value:$300* |

## 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case .(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

Form 7 (9/00) West Group, Rochester, NY

**8. Losses.**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**9. Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: JOHN E. MONTAZZOLI* *Address:* *3209 S. Broadway, Suite 229* *EDMOND, OKLAHOMA 73013* | *Date of Payment:See* *Disclosure Statement* | *$0.00* |

**10. Other transfers.**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee:See attached exhibit* *Address:* *Relationship:* | | *Property:* *Value:* |

---

**11. Closed financial accounts.**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

---

**12. Safe deposit boxes.**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**13. Setoffs.**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**14. Property held for another person.**

List all property owned by another person that the debtor holds or controls.

☒ NONE

---

Form 7 (9/00)  West Group, Rochester, NY

**15. Prior address of debtor.**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

Form 7 (9/00) West Group, Rochester, NY

**18. Nature, location and name of business**

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Debtor is an Individual: see attached exhibit Business Address:* | *TaxPayer ID:* | | |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date 10-26-05          Signature _____ DAVID VICTORY

Date _____          Signature _____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

David Victory was the sole shareholder of Central Wholesale Florist, Inc. The business was a large wholesale florist in Oklahoma City that stopped doing business in late 2001/early 2002 due to its financial failure. The corporation's failure resulted in a catastrophic financial crisis for David Victory and his family. David Victory's large, family home at 17 S. Arcadian Oaks, Edmond, Oklahoma was foreclosed upon by the mortgage lender. The family moved into another, more modest home in 2002 with an option to purchase it. David Victory was the beneficiary of a spendthrift life insurance trust, exempt from creditors due to the spendthrift provisions and 36 O.S. § 3631.1. David Victory used the exempt proceeds of the trust to purchase an exempt homestead for his family. The exempt trust proceeds were tied up by the trustee, Bank of America, pending a determination by the IRS that no generation-skipping estate taxes were due. The exempt life insurance trust funds were released by the trustee to David Victory in August 2005 and were used to purchase a homestead. Mr. Victory's interest in the homestead is listed on schedule "A" and is exempted on schedule "C" herein.

Exhibit "1" page 1 of 1 to Statement of Affairs.

OSCN Case Search                                                                                   Page 1 of 1



| Home | Courts | Court Dockets | Legal Research | Calendar | | Help | |

## Search Results

### Oklahoma County District Courts

| Case # | Date Filed | Style | Found Party |
|--------|-----------|-------|-------------|
| 5 Record(s) Found. | | | |
| CJ-2002-4235 | 05/22/2002 | Victory, Pauline v. Equiflor Corporation | VICTORY, DAVID (Defendant) |
| CJ-2002-7172 | 08/27/2002 | Bank Of Oklahoma v. Central Wholesale Florist, Inc | VICTORY, DAVID A (Defendant) |
| CJ-2002-8248 | 10/02/2002 | Bank One Na v. Victory, David A | Victory, David A (Defendant) |
| CS-2003-855 | 01/29/2003 | Bank of Oklahoma NA v. David A Victory | Victory, David A (Defendant) |
| CJ-2003-6944 | 08/15/2003 | Bank of America v. Victory, David A | Victory, David A (Defendant) |

Report Generated by The Oklahoma Supreme Court Network at October 26, 2005 09:55:38.

End of Transmission.