Form B18 (Official Form 18)(10/05)

# United States Bankruptcy Court

Western District of Oklahoma
Case No. **05–27446**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David Victory
   aka Central Wholesale Florist
   1801 Cooper's Hawk Ct
   Edmond, OK 73003

Social Security No.:
   xxx–xx–2937

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 2/9/06                                                                                    Richard L. Bohanon
                                                                                                             United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are **not** discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF SERVICE

```
District/off: 1087-5           User: sleo                   Page 1 of 4                   Date Rcvd: Feb 09, 2006
Case: 05-27446                 Form ID: b18                 Total Served: 204


The following entities were served by first class mail on Feb 11, 2006.
db          +David Victory,    1801 Cooper's Hawk Ct,    Edmond, OK 73003-3175
aty         +Gretchen Crawford,    Assistant District Attorney,    Oklahoma County Treasurer,
              320 Robert S. Kerr, Room 307,    Oklahoma City, OK 73102-3441
aty         +John E. Montazzoli,    3209 S. Broadway, Suite 229,    Edmond, OK 73013-4041
tr          +Douglas N. Gould,    210 W Park Ave,   suite 2050,    Oklahoma City, OK 73102-5619
ust         +Angela Adkins,    U.S. Trustee,    215 Dean A McGee Ave. 4th Fl.,    Oklahoma City, OK 73102-3440
ust         +Charles Glidewell,    U.S. Trustee,    215 Dean A. McGee Ave. 4th Fl.,
              Oklahoma City, OK 73102-3440
ust         +Charles Snyder,    U.S. Trustee,    215 Dean A. McGee Ave. 4th Fl.,    Oklahoma City, OK 73102-3440
ust         +Eunice Chambers,    U.S. Trustee,    215 Dean A McGee Ave. 4th Fl,    Oklahoma City, OK 73102-3440
ust         +Herbert M. Graves,    US Trustee's Office,    215 Dean A. McGee Ave., 4th Floor,
              Oklahoma City, OK 73102-3440
ust         +Lendy Heilaman,    U.S. Trustee,    215 Dean A McGee Ave. 4th Fl.,    Oklahoma City, OK 73102-3440
ust         +Sandra Stacy,    U.S. Trustee,    215 Dean A McGee Ave. 4th Fl.,    Oklahoma City, OK 73102-3440
ust         +Vickie Kaufman,    U.S. Trustee,    215 Dean A McGee Ave. 4th Fl.,    Oklahoma City, OK 73102-3440
3801893     +ABC GROWERS,    8202 NW 70TH ST,    MIAMI FL 33166-2742
3801894     +ACVARIO FLOWERS,    7370 NW 36 ST STE130,    MIAMI FL 33166-6705
3801895     +ADAMS ATHLETIC CLUB,    14701 N KELLY,    EDMOND OK 73013-3814
3801896     +AFT/A FLASH TRUCKING INC,    PO BOX 18007,    SAN JOSE CA 95158-8007
3801897     +ALTERNATE CHOICE,    800 NW 4TH,    OKLAHOMA CITY OK 73106-7493
3801898     +AMANDA VICTORY,    1801 COOPERS HAWK CT,    EDMOND OK 73003-3175
3801899     +AMC FLORAL INTERNATIONAL,    PO BOX 92170,    ELK GROVE IL 60009-2170
3801900     +ARISTA FLORAL CORPORATION,    PO BOX 523067,    MIAMI FL 33152-3067
3801901      ARMELLINI EXPRESS LINES INC,    PO BOX 678,    PALM CITY FL 34991-0678
3801902     +B AND H FLOWRS INC,    PO BOX 250,    CARPINTRIA CA 93014-0250
3801903      BANK OF AMERICA,    PO BOX 65060,    DALLAS TX 75265
3801904      BANK OF OKLAHOMA,    PO BOX 2864,    TULSA OK 74101-2864
3801906      BANK OF OKLAHOMA,    INSURANCE SERVICE CENTER,    PO BOX 26908,    OKLAHOMA CITY OK 73126-0908
3801905      BANK OF OKLAHOMA,    PO BOX 268800,    OKLAHOMA CITY OK 73126-8800
3801907      BANK OF OKLAHOMA,    PO BOX268800,    OKLAHOMA CITY OK 73126-8800
3801908     +BEAVER EXPRESS,    PO BOX 1168,    WOODWARD OK 73802-1168
3801909     +BENDER FARMS,    410 S BECKWITH RD,    SANTA PAULA CA 93060-3089
3801910      BEST BLOOMS,    PO BOX 33115,    SAN ANTONIO TX 78265-3115
3801911     +BLOOM RITE FLOWERS,    570 SAN ANDREAS RD,    WATSONVILLE CA 95076-9648
3801912     +BLOOMSTAR,    8800 NW 24TH TERRACE,    MIAMI FL 33172-2418
3801913     +BLUE RIBBON BLOSSOMS,    PO BOX 523513,    MIAMI FL 33152-3513
3801914     +BOB HOWARD DOWNTOWN FORD,    PO BOX 2400,    OKLAHOMA CITY OK 73101-2400
3801915      BRAND FLOWERS,    C/O RANDY GRAYBILLE,    5300 FOOTHILL RD,    CARPINTRIA CA 93013-3017
3801916     +BRAND FLOWERS,    1628 CRAVENS LN,    CARPINTERIA CA 93013-3011
3801917     +BRODY,    1ST FINANCIAL SERVICES,    PO BOX 816,    FRANKFORT IL 60423-0816
3801919     +BRODY COMPANY,    L-971,    10521 MILLINGTON CT,    CINCINNATI OH 45242-4022
3801918      BRODY COMPANY,    L-971,    COLUMBUS OH 43260-0971
3801920     +BROTHERS FLORAL ASSOCIATES,    PO BOX 1660,    WATSONVILLE CA 95077-1660
3801921     +C AND F FLOWER GROWERS,    2316 CHANNEL DR #D,    VENTURA CA 93003-4522
3801922     +CALMEX WHOLESALE GROWERS AND SHP,    1330 KEYSTONE WAY SUITE F,    VISTA CA 92081-8324
3801923     +CAMFLOR INC,    PO BOX 387,    WATSONVILLE CA 95077-0387
3801924     +CARLSON SYSTEMS CORPORATION,    8990 F ST,    OMAHA NE 68127-1408
3801925     +CENTRAL FREIGHT LINES INC,    PO BOX 2638,    927 E RENO,    OKLAHOMA CITY OK 73104-7009
3801926     +CGI LONG DISTANCE SERVICES,    PO BOX 87-3500,    KANSAS CITY MO 64187-0001
3801927      CHASE AUTOMOTIVE FINANCE,    PO BOX 15700,    WILMINGTON DE 19886-5700
3801928      CHASE BANK,    PO BOX 26180,    BATON ROUGE LA 70826-0180
3801929      CHASE GOLD VISA,    PO BOX 52195,    PHOENIX AZ 85072-2195
3801930      CHOICE VISA,    PO BOX 6419,    THE LAKES NV 88901-6419
3801931      CINGULAR WIRELESS,    PO BOX 650553,    DALLAS TX 75265-0553
3801932      CITI SOLOMON SMITH BARNEY VISA,    PO BOX 8034,    SOUTH HACKENSACK NJ 07606
3801933      CITICAPITAL,    PO BOX 8500-9805,    PHILADELPHIA PA 19178-9805
3801934     +CITY OF EDMOND,    101 E 1ST ST,    EDMOND OK 73034-3807
3801935      CITY OF OKLAHOMA CITY,    PO BOX 26670,    OKLAHOMA CITY OK 73126
3801937     +CLAUSS,    PO BOX 667,    FREEMONT OH 43420-0667
3801938      CLUNE EQUIPMENT LEASING,    PO BOX 7110,    OVERLAND PARK KS 66207-0110
3801939     +COASTAL FLORAL,    2451 EASTMAN AVE SUITE 10,    OXNARD CA 93030-8024
3801940     +COLON AND RECTAL ASSOC OF OKLA,    PO BOX 2038,    OKLAHOMA CITY OK 73101-2038
3801941      CONOCO,    PO BOX 5000,    PONCA CITY OK 74602-5000
3801942     +CONSOLIDATED BUSINESS SUPPLY,    PO BOX 44204,    OKLAHOMA CITY OK 73144-1204
3801943      CONTINENTAL FARMS,    PO BOX 931856,    ATLANTA GA 31193-1856
3801944      CONTINENTAL FLORAL GREENS,    PO BOX 34536,    SAN ANTONIO TX 78265-4536
3801945     +DIAGNOSTIC RADIOLOGY IMAGING,    PO BOX 2080,    EDMOND OK 73083-2080
3801946      DILLARDS,    PO BOX 29448,    PHOENIX AZ 85038-9448
3801947     +DINIHANIAN,    15005 NW CORNELL RD,    BEAVERTON OR 97006-5632
3801949      DOLE FRESH FLOWERS,    PO BOX 281204,    ATLANTA GA 30384-1204
3801950     +EDMOND MEDICAL CENTER,    PO BOX 31171,    TAMPA FL 33631-3171
3801951      EDMOND REGIONAL MEDICAL CENTER,    PATIENT ACCTS,    PO BOX 409167,    ATLANTA GA 30384-9167
3801952     +ELDORADO TRADING CORPORATION,    PO BOX 523302,    MIAMI FL 33152-3302
3801953     +EMERALD FARMS,    9800 NW 17TH ST #1,    MIAMI FL 33172-2752
3801954      EQUIFLOR CORPORATION,    PO BOX 523226,    MIAMI FL 33152-3226
3801955     +ETHRIDGE PROPANE GAS,    PO BOX 301,    EDMOND OK 73083-0301
3801956     +EVERFLORA CHICAGO,    700 NW HWY,    DES PLAINES IL 60016-3048
3801957     +EVERLASTING FLOWERS INC,    PO BOX 660479,    MIAMI SPRINGS FL 33266-0479
3801958      EXPRESS LUBE,    8616,    S WESTERN,    OKLAHOMA CITY OK 73139
3801959     +FABRIC BARN,    3123 E ANAHEIM ST,    LONG BEACH CA 90804-3862
3801960     +FALCON FARMS,    PO BOX 52-6545,    MIAMI FL 33152-6545
3801961      FEDERAL EXPRESS,    PO BOX 1140,    MEMPHIS TN 38101-1140
3801962      FIRST USA BANK NA,    PO BOX 94014,    PALANTINE IL 60094-4014
```

```
District/off: 1087-5          User: sleo                Page 2 of 4              Date Rcvd: Feb 09, 2006
Case: 05-27446                Form ID: b18              Total Served: 204

3801963      FLEET CREDIT CARD SERVICE,    PO BOX 15368,    WILMINGTON DE 19886-5368
3801964     +FLORACO,    38766 DE LUZ RD,    FALLBROOK CA 92028-8536
3801965      FLORACRAFT CORPORATION,    NCO FINANCIAL SYS INC,    5665 NEW NORTHSIDE DR SUITE 300,
               ATLANTA GA 30328-4617
3801966      FLORAL AIR,    PO BOX 2290,    WATSONVILLE CA 95077-2290
3801967     +FLORASOURCE LLC,    12111 MELROSE,    OVERLAND PARK KS 66213-1977
3801968      FOLEYS,    PO BOX 52026,    PHOENIX AZ 85072-2026
3801969      FORD CREDIT,    PO BOX 640001 DZ,    DALLAS TX 75364-0001
3801970      FORSCHNER GROUP INC,    PO BOX 874,    SHELTON CT 06484-0874
3801971     +FRESHPACK LLC,    14789 COOL VALLEY RANCH RD,    VALLEY CENTER CA 92082-3828
3801972     +FULL CIRCLE LAWNS,    415 E 5TH ST,    EDMOND OK 73034-5341
3801973      GELCO INTERNACIONAL S A,    PO BOX 861463,    ORLANDO FL 32886-1463
3801974     +GIFTWARES COMPANY INC,    436 1ST AVE,    ROYERSFORD PA 19468-2247
3801975     +GLAD A WAY GARDENS,    CMA BUSINESS CREDIT SERVICES,    PO BOX 7740,    BURBANK CA 91510-7740
3801976      GM CARD,    PO BOX 60119,    CITY OF INDUSTRY CA 91716-0119
3801977      GRAND FLORAL IMPORT INC,    PO BOX 60839,    CHARLOTTE NC 28260-0839
3801978     +GREATER FLOWER GROWERS AND SPRS,    PO BOX5045,    OXNARD CA 93031-5045
3801979     +HAMPSHIRE PAPER CORPORATION,    24 POWERS ST,    MILFORD NH 03055-4927
3801980      HARTFORD FARMS,    PO BOX 618,    BLOUNTSTOWN FL 32424-0618
3801981     +HARVEY JANATORIAL SALES,    28 NW 10TH ST,    OKLAHOMA CITY OK 73103-4902
3801982     +HAUSERMANS ORCHIDS,    2 N 134 ADDISON RD,    VILLA PARK IL 60181-1191
3801983     +HEARTLAND PATH,    PO BOX 26343,    OKLAHOMA CITY OK 73126-0343
3801984     +HIBDON TIRE CENTERS,    PO BOX 96496,    OKLAHOMA CITY OK 73143-6496
3801986     +INDEPENDENT FINANCIAL SYSTEMS,    200 GODDARD,    IRVINE CA 92618-4625
3801985     +INDEPENDENT FINANCIAL SYSTEMS,    IFS,    200 GODDARD,    IRVINE CA 92618-4625
3801987     +INTERNAL MEDICINE CENTRAL,    PO BOX 965220,    OKLAHOMA CITY OK 73196-0001
3801988     +JOHN HENRY COMPANY,    5800 W GRAND RIVER AVE,    LANSING MI 48906-9111
3801989     +JOHN URA INC,    42154 PALM AVE,    MISSION SANJOSE CA 94539-4725
3801990     +JOLO FARMS,    13661 DEERING BAY DR,    MIAMI FL 33158-2805
3801992     +KENNICOTT BROTHERS COMPANY,    1638 W HUBBARD ST,    CHICAGO IL 60622-6681
3801991      KENNICOTT BROTHERS COMPANY,    PO BOX 92170,    CHICAGO IL 60622-6303
3801993     +KY BROS GREENHOUSE,    23940 POTTER RD,    SALINAS CA 93908-9733
3801994     +LAKESHORE BOX AND PRODUCTS COMPANY,    2737 S 12TH AVE,    BROADVIEW IL 60155-4836
3801995     +LCT TRANSPORTATION,    AARON HARRIS BLAKE AND ASSOC,    2714 INDEPENDENCE ST SUITE 200,
               METAIRIE LA 70006-6793
3801996     +LEXUS FINANCIAL SERVICES,    PO BOX 650686,    DALLAS TX 75265-0686
3801997     +LIBERTY FLORAL,    4333 W GONZALES RD,    OXNARD CA 93036-2748
3801998     +LOVE BEAL AND NIXON,    FORD MOTOR CREDIT,    PO BOX 32738,    OKLAHOMA CITY OK 73123-0938
3801999     +MATSUI WHOLESALE FLORIST,    1645 OLD STAGE RAOD,    SALINAS CA 93908-9737
3802000     +MAXIMUM NURSERY INC,    4575 FOOTHILL RD,    CARPINTRIA CA 93013-3096
3802001     +MAZZANTI CARNATIONS INC,    820 TENNIS DR,    S SAN FRANCISCO CA 94080-3353
3802002      MCGINLEY MILLS INC,    HECKMAN AND BATES STREETS,    PHILLIPSBURG NJ 08865
3802003      MCLEOD USA,    PO BOX 3243,    MILWAUKEE WI 53201-3243
3802004     +MELLANO AND COMPANY,    766 WALL ST,    LOS ANGELES OK 90014-2316
3802005     +MICHAEL CLUEN,    3500 FOUR WINNS STRAIT,    ARCADIA OK 73013-8736
3802006     +MILGRO NURSERY,    PO BOX 6069,    OXNARD CA 93031-6069
3802007     +MINAMI GREENHOUSE INC,    20400 SPENCE RD,    SALINAS CA 93908-9723
3802008     +MISTLETOE WHOLESALE FLORIST,    33 N BROADWAY CIRCLE,    OKLAHOMA CITY OK 73103-4928
3802009     +MISTY,    PO BOX 828428,    PHILADELPHIA PA 19182-8428
3802010      MORNINGSTAR EMERGENCY PHYS,    PO BOX 99998,    OKLAHOMA CITY OK 210-4895
3802011     +MOSS MAN INC,    1570 KEYWAY CT,    ENGLEWOOD FL 34223-1553
3802012     +MOUNTAIN VIEW GREENHOUSES INC,    PO BOX 32,    MOUNTAIN VIEW CA 94042-0032
3802013      NEIMAN MARCUS,    PO BOX 620016,    DALLAS TX 75262-0016
3802014     +NOBLE VALLEY FARMS,    450 W ENTERPRISE RD,    PO BOX 1538,    SHELTON WA 98584-0973
3802015     +NORTHWEST PEDIATRICS,    4140 W MEMORIAL RD #413,    OKLAHOMA CITY OK 73120-9364
3802016     +OCEAN BREEZE INTERNATIONAL,    3910 N VIA REAL,    CARPINTERIA CA 93013-1266
3802017      OG &E,    PO BOX 24990,    OKLAHOMA CITY OK 73124-0990
3802018      OG AND E,    PO BOX 26040,    OKLAHOMA CITY OK 73126-0040
3802019     +OKLAHOMA COUNTY TREASURER,    320 ROBERT S KERR RM 307,    OKLAHOMA CITY OK 73102-3441
3802020     +OKLAHOMA EMPLOYMENT SECURITY,    PO BOX 268826,    OKLAHOMA CITY OK 73126-8826
3802021      OKLAHOMA GAS AND ELECTRIC,    PO BOX 26040,    OKLAHOMA CITY OK 73126-0040
3802022      OKLAHOMA NATURAL GAS,    PO BOX 268826,    OKLAHOMA CITY OK 73126-8826
3802023     +OKLAHOMA SPORTS SCIENCE,    PO BOX 1998,    OKLAHOMA CITY OK 73101-1998
3802024     +OXMOOR HOUSE,    PO BOX 62502,    TAMPA FL 33662-2502
3802025     +OZARK NATURAL PRODUCTS,    310 NORTHEND AVE,    PARAGOULD AR 72450-3027
3802026      PACIFIC LIFE AND ANNUITY COMPANY,    PO BOX 7010,    NEWPORT BEACH CA 92658-7010
3802027     +PACIFIC RIM FLOWERS/ORCHID,    PO BOX 3522,    VISTA CA 92085-3522
3802029     +PAULINE VICTORY CLUEN,    3500 FOUR WINNS STRAIT,    ARCADIA OK 73013-8736
3802030      PEGASUS SATELLITE TV INC,    PO BOX 9001587,    LOUISVILLE KY 40290-1587
3802031     +PIER 1 IMPORTS,    PO BOX 1203,    ST CLOUD MN 56396-0001
3802034     +PIKEPASS,    4401 W MEMORIAL RD,    OKLAHOMA CITY OK 73134-1798
3802033     +PIKEPASS,    4401 W MEMORIAL,    OKLAHOMA CITY OK 73134-1798
3802035      PITNEY BONES INC,    PO BOX 85390,    LOUISVILLE KY 40285-5390
3802036      PLAZA ASSOCIATES,    CENTRAL WHOLESALE FLORIST,    PO BOX 18008,    HAUPPAUGE NY 11788-8808
3802037     +POKON AND CHRYSAL,    3063 NW 107TH AVE,    MIAMI FL 33172-2134
3802038      PREMIER FLORAL CORPORATION,    PO BOX 522758,    MIAMI FL 33152-2758
3802039     +PRIORITY ONE FLOWER SHIPPERS,    12 BLOSSOM WAY,    SCOTTS VALLEY CA 95066-3828
3802040     +PRO T KEA NOW,    14111 WESTFORK RD,    PAUMA VALLEY CA 92061-9559
3802041      PRUDENTIAL,    BANKCARD SERVICES,    PO BOX 15137,    WILMINGTON DE 19886-5137
3802042      PURCHASE POWER,    PO BOX 856042,    LOUISVILLE KY 40285-6042
3802043     +QUEENS FLOWERS,    2750 NW 79TH AVE,    MIAMI FL 33122-1067
3802044      QWEST,    PO BOX 85023,    LOUISVILLE KY 40285-5023
3802045     +RADIOLOGY ASSOC,    CCI,    PO BOX 60607,    OKLAHOMA CITY OK 73146-0607
3802046      RAINBOW FLOWERS IMPORTS INC,    PO BOX 152174,    TAMPA FL 33684-2174
```

```
District/off: 1087-5          User: sleo                    Page 3 of 4                   Date Rcvd: Feb 09, 2006
Case: 05-27446                Form ID: b18                  Total Served: 204

3802047      RIVERDALE FARMS INC,   PO BOX 861093,   ORLANDO FL 32886-1093
3802048     +ROLLING HILLS RANCH,   C/O NCO FINANCIAL,   3850 N CAUSEWAY BLVD 3RD FL,   METAIRIE LA 70002-1752
3802049     +ROSE,   PO BOX 52-2903,   MIAMI FL 33152-2903
3802050      ROY HOUFF COMPANY,   620 S OAK PARK AVE,   CHICAGO IL 60638
3802051     +SCG LLC/BOTANICAL ACRES,   514 LACOSTA AVE,   LEVCADIA CA 92024-1115
3802052     +SCOTTS GLADIOLUS FARM INC,   PO BOX 127,   ALTHA FL 32421-0127
3802053      SEARS,   86 ANNEX,   ATLANTA GA 30386-0001
3802054     +SKYLINE FLOWER GROWERS,   4279 E HUENEME RD,   OXNARD CA 93033-8204
3802055     +SONITROL OF OKLA CITY INC,   1635 NW 23RD ST,   OKLAHOMA CITY OK 73106-3646
3802056     +SOUTHWESTERN BELL TELEPHONE,   PO BOX 4843,   HOUSTON TX 77210-4843
3802057      SOUTHWESTERN BELL YELLOW PAGES,   PO BOX 630014,   DALLAS TX 75263-0014
3802058     +SPRINT,   PO BOX 219554,   KANSAS CITY MO 64121-9554
3802060      STAGE GRANITE NATL BANK,   PO BOX 660297,   DALLAS TX 75266-0297
3802061     +T LARRYJONES INC,   150 PINTAIL ST,   ST ROSE LA 70087-4024
3802062      T MOBILE,   PO BOX 790047,   ST LOUIS MO 63179-0047
3802064     +TAYAMA GREENHOUSES INC,   753 WALL ST,   LOS ANGELES CA 90014-2315
3802065      TERMINIX,   PO BOX 15240,   OKLAHOMA CITY OK 73155-5240
3802066      TERRYS FLOWER CONNECTION,   PO BOX 5284,   VENTURA CA 93005-0284
3802067     +TEX MEX IMPORTING COMPANY INC,   3100 COLBATH,   MCCALLEN TX 78503-8313
3802068      TEXACO,   PO BOX 9010,   DES MOINES IA 50368-9010
3802069     +TITAN FARMS LLC,   RIVIERA FINANCE,   PO BOX 542300,   HOUSTON TX 77254-2300
3802070      TRINITY UNIVERSAL INSURANCE COMPANY,   PO BOX 655028,   DALLAS TX 75265-5028
3802071     +TROPICAL CONNECTION,   PO BOX 9,   PAHOA HA 96778-0009
3802072     +TWIN HILLS GOLF AND COUNTRY CLUB,   3401 NE 36TH ST,   OKLAHOMA CITY OK 73121-2099
3802074     +UNITED PARCEL SERVICE,   LOCKBOX 577,   CAROL STREAM IL 60132-0001
3802073      UNITED PARCEL SERVICE,   PO BOX 650580,   DALLAS TX 75265-0580
3802075      UNITRIN PROPERTY 6 CASUALTY,   PO BOX 655028,   DALLAS TX 75265-5028
3802076      US FINANCIAL,   10290 ALLIANCE RD,   PO BOX 429560,   CINCINNATI OH 45242-9560
3802077     +VALLEY FLOWERS INC,   3920 N VIA REAL,   CARPINTERIA CA 93013-1266
3802078      VELOCITY EXPRESS CORPORATION,   CORPORATE EXPRESS,   PO BOX 660329,   DALLAS TX 75266-0329
3802079      WAL MART,   PO BOX 530927,   ATLANTA GA 30353-0927
3802080      WARNER HEAT AND AIR,   1000 S RICHLAND RD,   MUSTANG OK 73064
3802081     +WASTE CONNECTIONS INC,   4625 S ROCKWELL,   OKLAHOMA CITY OK 73179-6415
3802082      WESTERN PULP PRODUCTS,   PO BOX 968,   CORVALIS OR 97339-0968
3802083      WESTERN PULP PRODUCTS COMPANY,   PO BOX 968,   CORVALIS OR 97339-0968
3802084     +WESTFLORA,   301-A LAMBERT ST,   OXNARD CA 93036-0984
3802085     +WESTFLORA INC,   301-A LAMBERT ST,   OXNARD CA 93036-0984
3802086     +WILSEY BENNETT COMPANY,   PO BOX 4189,   VENTURA CA 93007-0189
3802087      WORKS AND LENTZ,   1437 S BOULDER SUITE 900,   TULSA OK 74119-3631
3802088     +ZIPPER FARMS,   PO BOX 640,   FT MYERS FL 33902-0640
3802089      ZIPPERER FARMS,   P 0 DRAWER 640,   FORT MYERS FL 33902

The following entities were served by electronic transmission on Feb 10, 2006 and receipt of the transmission
was confirmed on:
3801927       Fax: 602-221-4614 Feb 10 2006 03:42:27      CHASE AUTOMOTIVE FINANCE,   PO BOX 15700,
              WILMINGTON DE 19886-5700
3801929       EDI: CHASE.COM Feb 10 2006 00:46:00      CHASE GOLD VISA,   PO BOX 52195,   PHOENIX AZ 85072-2195
3801931       EDI: CINGULAR.COM Feb 10 2006 00:46:00     CINGULAR WIRELESS,   PO BOX 650553,
              DALLAS TX 75265-0553
3801948       EDI: DISCOVER.COM Feb 10 2006 00:46:00      DISCOVER,   PO BOX 30943,
              WEST VALLEY CITY UT 84130-0943
3801948       E-mail: mrdiscen@discoverfinancial.com Feb 10 2006 07:15:46      DISCOVER,   PO BOX 30943,
              WEST VALLEY CITY UT 84130-0943
3801962       EDI: FIRSTUSA.COM Feb 10 2006 00:46:00      FIRST USA BANK NA,   PO BOX 94014,
              PALANTINE IL 60094-4014
3801963       EDI: BANKAMFLEET.COM Feb 10 2006 00:46:00     FLEET CREDIT CARD SERVICE,   PO BOX 15368,
              WILMINGTON DE 19886-5368
3801968       EDI: MAYSTORES.COM Feb 10 2006 00:46:00      FOLEYS,   PO BOX 52026,   PHOENIX AZ 85072-2026
3802013       EDI: CREDBANK.COM Feb 10 2006 00:46:00      NEIMAN MARCUS,   PO BOX 620016,   DALLAS TX 75262-0016
3802036       EDI: PHINPLAZA.COM Feb 10 2006 00:46:00      PLAZA ASSOCIATES,   CENTRAL WHOLESALE FLORIST,
              PO BOX 18008,   HAUPPAUGE NY 11788-8808
3802053       EDI: SEARS.COM Feb 10 2006 00:46:00      SEARS,   86 ANNEX,   ATLANTA GA 30386-0001
3802068       EDI: CITICORP.COM Feb 10 2006 00:46:00      TEXACO,   PO BOX 9010,   DES MOINES IA 50368-9010
3802079       EDI: TSYS.COM Feb 10 2006 00:46:00      WAL MART,   PO BOX 530927,   ATLANTA GA 30353-0927
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Oklahoma County Treasurer
3802028      PAJARO VALLEY GREENHOUSES INC,   210 LEWIS RD,   P O BOX 69 WATSONVILLE CA
                                                                                        TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 1087-5        User: sleo            Page 4 of 4            Date Rcvd: Feb 09, 2006
Case: 05-27446              Form ID: b18          Total Served: 204

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 11, 2006**                     **Signature:**   _Joseph Speetjens_